IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

|  |  |
|---|---|
| SOUTHERN CLEANING SERVICES, et al., }<br>}<br>Plaintiffs, }<br>}<br>v. }<br>}<br>CNA COMMERCIAL INSURANCE, INC., et al., }<br>}<br>Defendants. } | CIVIL ACTION NO.<br><br>00-AR-0746-M |

**MEMORANDUM OPINION**

The court has for consideration a motion to remand filed by plaintiffs, Southern Cleaning Services, Inc. and H. Dean Goforth, on March 29, 2000.

This case is easily distinguishable from *Ericsson GE Mobile Communications, Inc. v. Motorola Communications & Electronics, Inc.*, 120 F.3d 216 (11th Cir. 1997). Thus, the jurisdiction of this court does not depend upon what the Supreme Court will do in response to the pending petition for writ of certiorari in Fidelity Warranty Services, Inc. v. Kidd, 45 F. Supp. 2d 1284 (N.D. Ala. 1999), after affirmance by the Eleventh Circuit in an unpublished opinion. Finding that there is complete diversity of citizenship and that the amount in controversy exceeds $75,000, plaintiffs' motion to remand will be denied by separate order.

Neither plaintiffs nor defendants have demanded a trial by

1

jury. Any parties desiring a jury trial shall request jury trial on or before the filing of the parties' Rule 26(f) report.

DONE this __14th__ day of April, 2000.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE