FILED
01 JAN 22 PM 1:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
JAN 22 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| SOUTHERN CLEANING SERVICES, et al., | }<br>}<br>} |
| Plaintiffs, | } CIVIL ACTION NO. |
| v. | }<br>} 00-AR-0746-M |
| TRANSCONTINENTAL INSURANCE COMPANY, et al., | }<br>}<br>} |
| Defendants. | } |

**MEMORANDUM OPINION**

On May 19, 2000, this court entered a scheduling order incorporating the report of the parties' planning meeting and providing, *inter alia*, a deadline of November 15, 2000, for the filing of dispositive motions. On November 15, 2000, defendant, RLI Insurance Company ("RLI"), filed a motion for summary judgment. On December 7, 2000, in response to the motion of the other defendant, Transcontinental Insurance Company ("Transcontinental"), the court amended its scheduling order to extend the deadline for dispositive motions until June 15, 2001, but did not amend the terms of the order by which RLI's motion for summary judgment has come under submission.

The amended complaint claims not only that RLI breached its contract of insurance, but that it was guilty of bad faith. The court finds more than enough doubt about the coverage question under the undisputed facts of this case, including the language of the insurance policy, to provide a legitimate basis for debate over



coverages and thus, to preclude plaintiff's bad faith claims against RLI. The court is tempted to certify the coverage question itself to the Supreme Court of Alabama. Instead, the court will grant summary judgment in favor of RLI with respect to the bad faith claims, but will deny the motion as to the claim of coverage without prejudice to a similar motion being filed by RLI before June 15, 2001.

The court will enter a separate order of partial summary judgment.

DONE this 22nd day of January, 2001.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE